# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>EVARISTO GONZALEZ GARCIA,<br>  aka "Evaristo Garcia Gonzalez,"<br>  aka "Evaristo G. Gonzalez,"<br><br>Defendant. | Case No.<br><br>19 MJ03015 |

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 26, 2018 in the county of Ventura in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Andrea Bond, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/24/2019

/s/ ALEXANDER F. MacKINNON
Judge's signature

City and state: Los Angeles, California

Hon. Alexander F. MacKinnon, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Andrea Bond, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against EVARISTO GONZALEZ GARCIA, also known as ("aka") "Evaristo Garcia Gonzalez," aka "Evaristo G. Gonzalez" ("GONZALEZ"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(1), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF DEPORTATION OFFICER ANDREA BOND

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since November 2012. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field

office. Prior to working for ICE as a DO, I worked as an Immigration Enforcement Agent with ICE since February 2006.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about March 26, 2018, the ICE Pacific Enforcement Response Center ("PERC") received an electric notification based on biometric fingerprint information that GONZALEZ was arrested and in the custody of the Ventura County Sheriff's Office ("VCSO"). On or about that same day, the PERC lodged a DHS Immigration Detainer with the VCSO.

5. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On July 12, 2019, I obtained and reviewed DHS A-File A208-084-168, which is maintained for the subject alien "Evaristo Gonzalez Garcia." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A208-084-168 corresponds. I compared the photographs in the A-File to photographs taken at the time of GONZALEZ's booking into police custody on or about June 20, 2018. I thus determined that DHS A-File A208-084-168 and its contents correspond to GONZALEZ.

b.   One executed Warrant of Removal/Deportation (Form I-205) indicating that GONZALEZ was officially removed or deported from the United States on or about March 30, 2017.  I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, the INS) and usually contains the subject's photograph, signature, and/or fingerprint.  The executed Warrant of Removal/Deportation in GONZALEZ's DHS A-File contains his photograph, a signature, and fingerprint.

c.   A copy of a conviction record showing that GONZALEZ was convicted on or about October 14, 2015, under the name "Evaristo Garcia Gonzalez," of Driving Under the Influence Causing Injury, in violation of California Vehicle Code Section 21353(a), in the Superior Court of the State of California, County of Ventura, Case Number 2015020481, for which GONZALEZ was sentenced to sixteen months' imprisonment.

d.   A copy of a conviction record showing that GONZALEZ was convicted on or about April 4, 2016, under the name "Evaristo Garcia Gonzalez," of Own/Possess/Control Firearm by Felon or Addict, in violation of California Penal Code Section 29800(a)(1), and Driving under the Influence of Alcohol with Designated Prior Felony Conviction(s), in violation of California Vehicle Code Sections 23550.5(a)-23152(a), in the Superior Court of the State of California, County of Ventura, Case Number 2016002303, for which GONZALEZ was sentenced to two years' imprisonment.

    e. A copy of a conviction record showing that GONZALEZ was convicted on or about May 15, 2018, under the name "Evaristo Garcia Gonzalez," of Child Endangerment, in violation of California Penal Code Section 273a(a), and Driving under the Influence of Alcohol with Designated Prior Felony Conviction(s), in violation of California Vehicle Code Sections 23550.5(a)-23152(a), in the Superior Court of the State of California, County of Ventura, Case Number 2018010116, for which GONZALEZ was sentenced to two years and eight months' imprisonment.

    f. Various documents, in addition to the Warrant of Removal/Deportation indicating that GONZALEZ is a native and citizen of Mexico. These documents include: (i) a summary Order of the Immigration Judge, dated March 28, 2017, ordering GONZALEZ removed to Mexico; and (ii) a Form I-213, Record of Deportable/Inadmissible Alien, dated February 21, 2017, which states that GONZALEZ is a native and citizen of Mexico.

    g. On July 9, 2019, I reviewed the printouts of the Interstate Identification Index ("III"). Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of Investigation number. The III printouts confirmed that GONZALEZ had been convicted of the crime reflected on the documents contained in GONZALEZ's DHS A-File, described above.

  7. On July 17, 2019, I reviewed the printouts of ICE computer indices on GONZALEZ. Based on my training and experience, I know that the ICE computer indices track and

4

document each time an alien is deported from the United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that GONZALEZ had been removed and deported on the dates indicated on the Warrants of Removal/Deportation found in GONZALEZ's DHS A-File and described above. The ICE computer indices further indicated that GONZALEZ had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since GONZALEZ had last been deported.

8. Based on my review of GONZALEZ's DHS A-File, I determined that his A-File does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in GONZALEZ's DHS A-File.

## IV. CONCLUSION

9. For all the reasons described above, there is probable cause to believe that EVARISTO GONZALEZ GARCIA has violated Title 8, United States Code, Sections 1326(a) and (b)(1), Illegal Alien Found in the United States Following Deportation.

/S/
Andrea Bond
Deportation Officer
Immigration and Customs Enforcement

Subscribed to and sworn before me this 24TH day of July, 2019.

/S/   ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

6